# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHAD RASHEED,<br><br>    Plaintiff,<br><br>v.<br><br>DALE BISSONNETTE, et al.,<br><br>    Defendants. | Civil Action No. 14-11240-DJC |

## ORDER

**CASPER, J.**                                                                                                                                   May 14, 2014

      This action is DISMISSED WITHOUT PREJUDICE as duplicative of Rasheed v. Bissonnette, C.A. No. 14-10378-FDS. No filing fee is due.

      The two cases are identical except for an exhibit to the plaintiff's affidavit that he apparently failed to include in the earlier filed complaint. The Clerk shall place Exhibit C of the plaintiff's affidavit filed in this action (D. 5-1 at 1-6) on the docket of Rasheed v. Bissonnette, C.A. No. 14-10378-FDS. The Clerk shall provide the plaintiff with a copy of the docket sheet of Rasheed v. Bissonnette, C.A. No. 14-10378-FDS.

      **So ordered.**

                                                                         /s/ Denise J. Casper<br>
                                                                       United States District Judge